UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVID L DICE, JR,

     Plaintiff,

v.                                    Case No. 3:20cv5777-LC-HTC

SECRETARY FDOC MARK S.
INCH, LT J NEEL,
OFC E R MANNERS,
OFC T MILLER,
OFC A ALLIGOOD,
NURSE JANE DOE,
NURSE JANE DOE,

     Defendants.

_____/

# **O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 3, 2020 (ECF No. 5).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the objections filed.

    Having considered the Report and Recommendation and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The Magistrate Judge's Report and Recommendation (ECF Doc. 5) is

adopted and incorporated by reference in this order.

2.      This case is DISMISSED WITHOUT PREJUDICE and the pending

motion for temporary restraining order (ECF Doc. 4) terminated for

Plaintiff's abuse of the judicial process and because he is a three-

striker under 28 U.S.C. § 1915(g).

3.      The Clerk is directed to close the file.

**DONE AND ORDERED** this 29th day of September, 2020.



s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**